FILED: October 28, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-4281
(3:19-cr-00107-RJC-DCK-1)
_____

UNITED STATES OF AMERICA

　　　Plaintiff - Appellee

v.

DEVON RAMBERT-HAIRSTON, a/k/a Devon Marshalle Rambert

　　　Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered October 6, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*